DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISA HADLEY-BROWN,** an individual,
Appellant,

v.

**R.J.S. CONSULTANTS, INC.,** d/b/a **PRESTIGE WINDOWS & DOORS,**
Appellee.

No. 4D2024-0406

[October 30, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A. Casey, Judge; L.T. Case No. CACE-22-017487.

Payton S. McCann of McCann Legal, P.A., Miami, for appellant.

Howard N. Kahn of Kahn & Resnik, P.L., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***